**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Leonard**<br>First name | **Jessica**<br>First name |
| | | **Charles**<br>Middle name | **Anne**<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Smith**<br>Last name and Suffix (Sr., Jr., II, III) | **Smith**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0352 | xxx-xx-6559 |

Debtor 1  **Leonard Charles Smith**
Debtor 2  **Jessica Anne Smith**

Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**4788 Somerville Road**
**Cross Plains, TN 37049**
Number, Street, City, State & ZIP Code

**Robertson**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Leonard Charles Smith** |
|---|---|
| Debtor 2 | **Jessica Anne Smith** |

Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

---

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| District | **Middle District of TN (Ch 13 Dismissed 03/14/2018)** | When | **8/29/17** | Case number | **17-05880** |
|---|---|---|---|---|---|
| District | **Middle District of TN (Ch 13 Dismissed 08/24/2017)** | When | **2/06/17** | Case number | **17-00757** |
| District | **See Attachment** | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11. Do you rent your residence?**

■ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Leonard Charles Smith**
Debtor 2    **Jessica Anne Smith**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

Debtor 1    **Leonard Charles Smith**

Debtor 2    **Jessica Anne Smith**

Case number *(if known)*

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.    Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document      Page 5 of 83

Debtor 1 **Leonard Charles Smith**

Debtor 2 **Jessica Anne Smith**

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Leonard Charles Smith**                 **/s/ Jessica Anne Smith**

**Leonard Charles Smith**                       **Jessica Anne Smith**

Signature of Debtor 1                              Signature of Debtor 2

Executed on   **April  3, 2018**              Executed on   **April  3, 2018**

MM / DD / YYYY                                      MM / DD / YYYY

Debtor 1     **Leonard Charles Smith**

Debtor 2     **Jessica Anne Smith**                                              Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Mary Beth Ausbrooks**                              Date     **April  3, 2018**
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Mary Beth Ausbrooks**
Printed name

**Rothschild & Ausbrooks PLLC**
Firm name

**1222 16th Avenue South, Suite 12**
**Nashville, TN 37212-2926**
Number, Street, City, State & ZIP Code

Contact phone   **(615) 242-3996**                    Email address     **notice@rothschildbklaw.com**

**3463 TN**
Bar number & State

Debtor 1   **Leonard Charles Smith**
Debtor 2   **Jessica Anne Smith**

Case number *(if known)*   _____

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Leonard Charles Smith** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Jessica Anne Smith** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

# FORM 101. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| **Middle District of TN (Ch 13 Dismissed 03/14/2018)** | **17-05880** | **8/29/17** |
| **MIddle District of TN (Ch 13 Dismissed 08/24/2017)** | **17-00757** | **2/06/17** |
| **Middle District of TN (Ch 13 Dismissed 01/27/2017)** | **15-07983** | **11/04/15** |
| **Middle District of TN (Ch 7 Discharged 01/25/2007)** | **06-02434** | **5/18/06** |

**Fill in this information to identify your case:**

| Debtor 1 | **Leonard Charles Smith** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica Anne Smith** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................... $ 243,435.00

   1b. Copy line 62, Total personal property, from Schedule A/B.......................................................... $ 52,956.00

   1c. Copy line 63, Total of all property on Schedule A/B.................................................................. $ 296,391.00

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ 199,977.89

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ $ 108,104.41

   **Your total liabilities** $ 308,082.30

**Part 3:    Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................. $ 6,918.59

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $ 3,505.00

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **Leonard Charles Smith**

Debtor 2 **Jessica Anne Smith**

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **5,710.59**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document      Page 10 of 83

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Leonard Charles Smith** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | **Jessica Anne Smith** |
| (Spouse, if filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

**1.1**

**4788 Somerville Road**
Street address, if available, or other description

**Cross Plains**     **TN**     **37049-0000**
City         State        ZIP Code

**Robertson**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $243,435.00 | $243,435.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by the Entireties**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>**

| $243,435.00 |
|---|

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document     Page 11 of 83

Debtor 1   **Leonard Charles Smith**

Debtor 2   **Jessica Anne Smith**

Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Malibu** | ☐ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: | **50,000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Joint Debtor drives this vehicle.** | | ☐ Check if this is community property (see instructions) | **$10,112.00**  /  **$10,112.00** |

| 3.2 | Make: | **Hyundai** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Santa Fe** | ☐ Debtor 1 only | |
| | Year: | **2010** | ☐ Debtor 2 only | |
| | Approximate mileage: | **54,000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Debtor drives this vehicle.** | | ☐ Check if this is community property (see instructions) | **$7,837.00**  /  **$7,837.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>   **$17,949.00**

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| **Living Room (200), Dining Room (50), Kitchen Appliances (650), Small Kitchen Appliances and HHG (100), Washer/Dryer (200), 4 Bedrooms (600), Patio Furniture (100)** | **$1,900.00** |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| **3 TVs (200), DVD Players (100), Game Systems (100), Kindles/Tablets (200), Laptop Computer/Desktop Computer (100), Printer (20), Cell Phones (350)** | **$1,070.00** |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Leonard Charles Smith**
Debtor 2    **Jessica Anne Smith**                                    Case number *(if known)*  _____

---

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ■ Yes. Describe.....

| Books, Pictures, DVDs, CDs, Home Decorations | $500.00 |

---

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes. Describe.....

| 2 Swords | $40.00 |

---

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| .22 Rifle | $100.00 |

---

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Clothing, Shoes, Jackets, Hats, Handbags | $100.00 |

---

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| Wedding Set, Wedding Band, Watches, Costume Jewelry | $1,000.00 |

---

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| 6 Dogs "Oscar, Sophie, Angel, Sugar"<br>2 Cats "Salem, Kelly" | $0.00 |

---

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

| Various Hand Tools, Drill | $500.00 |

| CPAP Machine/Blood Pressure Monitor | $350.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
                Document        Page 13 of 83

Debtor 1    **Leonard Charles Smith**

Debtor 2    **Jessica Anne Smith**

Case number *(if known)* _____

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................................

**$5,560.00**

| **Part 4:** | **Describe Your Financial Assets** |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16.  **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes........................................................................................................

17.  **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................

Institution name:

17.1.    **Checking**     **Volunteer State Bank (SSI retroactive payments)**     **$7,000.00**

18.  **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
■ Yes.................

Institution or issuer name:

**Lowe's Stock**     **$800.00**

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them...................

Name of entity:     % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them

Issuer name:

21.  **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

Type of account:     Institution name:

**401(k)**     **Wells Fargo**     **$17,000.00**

**Retirement**     **Tennessee Consolidated Retirement System Account**     **Unknown**

22.  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................

Institution name or individual:

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Leonard Charles Smith**
Debtor 2  **Jessica Anne Smith**                                          Case number *(if known)* _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Anticipated 2017 Tax Refund | Federal | $4,647.00 |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
           benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
           Company name:                          Beneficiary:                     Surrender or refund
                                                                                   value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Leonard Charles Smith**
Debtor 2    **Jessica Anne Smith**                          Case number *(if known)* _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here**...........................................................................................................

    | $29,447.00 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

    | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |

| | | |
|---|---|---:|
| 55. | **Part 1: Total real estate, line 2** ...................................................................................................... | $243,435.00 |
| 56. | **Part 2: Total vehicles, line 5** | $17,949.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $5,560.00 |
| 58. | **Part 4: Total financial assets, line 36** | $29,447.00 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61... | $52,956.00  Copy personal property total  $52,956.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | $296,391.00 |

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
                              Document      Page 16 of 83

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Leonard Charles Smith** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Jessica Anne Smith** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

---

**Part 1:**     **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **4788 Somerville Road Cross Plains, TN 37049  Robertson County**  Line from *Schedule A/B*: **1.1** | $243,435.00 | ■ $50,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-301(f)** |
| **Living Room (200), Dining Room (50), Kitchen Appliances (650), Small Kitchen Appliances and HHG (100), Washer/Dryer (200), 4 Bedrooms (600), Patio Furniture (100)**  Line from *Schedule A/B*: **6.1** | $1,900.00 | ■ $1,900.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **3 TVs (200), DVD Players (100), Game Systems (100), Kindles/Tablets (200), Laptop Computer/Desktop Computer (100), Printer (20), Cell Phones (350)**  Line from *Schedule A/B*: **7.1** | $1,070.00 | ■ $1,070.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Books, Pictures, DVDs, CDs, Home Decorations**  Line from *Schedule A/B*: **8.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Leonard Charles Smith** | |
|---|---|---|
| Debtor 2 | **Jessica Anne Smith** | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2 Swords**<br>Line from *Schedule A/B*: **9.1** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **.22 Rifle**<br>Line from *Schedule A/B*: **10.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Clothing, Shoes, Jackets, Hats, Handbags**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-104 |
| **Wedding Set, Wedding Band, Watches, Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Various Hand Tools, Drill**<br>Line from *Schedule A/B*: **14.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **CPAP Machine/Blood Pressure Monitor**<br>Line from *Schedule A/B*: **14.2** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-111(5) |
| **Checking: Volunteer State Bank (SSI retroactive payments)**<br>Line from *Schedule A/B*: **17.1** | $7,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **Lowe's Stock**<br>Line from *Schedule A/B*: **18.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| **401(k): Wells Fargo**<br>Line from *Schedule A/B*: **21.1** | $17,000.00 | ■ $17,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-111(1)(D) |
| **Retirement: Tennessee Consolidated Retirement System Account**<br>Line from *Schedule A/B*: **21.2** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 8-36-111 |
| **Federal: Anticipated 2017 Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $4,647.00 | ■ $4,647.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document     Page 18 of 83

Debtor 1    **Leonard Charles Smith**
Debtor 2    **Jessica Anne Smith**                                    Case number (if known) _____

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Leonard Charles Smith** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica Anne Smith** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1** **FMAC**
Creditor's Name

**Attn: Officer Manager or Agent**
**55 Mooreland Drive**
**Springfield, TN 37172**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**Personal computer with monitor and printer; laptop; rifle; Craftsman riding mower; television; DVD player; digital camera; Xbox 360;**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Non-Purchase Money Security**

Last 4 digits of account number  **xxxx**

| $2,986.23 | $1,833.18 | $1,153.05 |

**2.2** **Inland Bank**
Creditor's Name

**% Susan Faulkner**
**736 Currey Road**
**Nashville, TN 37217**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **12/24/2015**

Describe the property that secures the claim:

**2010 Hyundai Santa Fe 54,000 miles Debtor drives this vehicle.**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Purchase Money Security**

Last 4 digits of account number  _____

| $15,179.26 | $7,837.00 | $7,342.26 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:18-bk-02274   Doc 1   Filed 04/03/18   Entered 04/03/18 09:49:41   Desc Main
Document   Page 20 of 83

Debtor 1 **Leonard Charles Smith**
    First Name       Middle Name       Last Name

Debtor 2 **Jessica Anne Smith**
    First Name       Middle Name       Last Name

Case number (if know) _____

---

| 2.3 | **Santander Consumer Bankruptcy Dept** | Describe the property that secures the claim: | $18,589.34 | $10,112.00 | $8,477.34 |

Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 560284**
**Dallas, TX 75356-0284**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **2015 Chevrolet Malibu 50,000 miles**
> **Joint Debtor drives this vehicle.**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)  **Purchase Money Security**

Date debt was incurred  **01/10/2015**    Last 4 digits of account number  **6222**

---

| 2.4 | **US Bank Home Mortgage** | Describe the property that secures the claim: | $163,223.06 | $243,435.00 | $0.00 |

Creditor's Name

**Attn: Officer**
**PO Box 21948**
**Eagan, MN 55121**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **4788 Somerville Road Cross Plains,**
> **TN 37049  Robertson County**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)  **Mortgage**

Date debt was incurred  _____    Last 4 digits of account number  **0726**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $199,977.89 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $199,977.89 |

---

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code

**Insolve Auto Funding, LLC**
**Attn: Officer Manager or Agent**
**Dept 3403 P.O. Box 123403**
**Dallas, TX 75312**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 **Leonard Charles Smith** | Case number (if know) |
| First Name   Middle Name   Last Name | |
| Debtor 2 **Jessica Anne Smith** | |
| First Name   Middle Name   Last Name | |

☐ Name, Number, Street, City, State & Zip Code
**J. Phillip Jones, Esq.**
**Suite C-205, Nashville House**
**One Vantage Way**
**Nashville, TN 37228**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**US Bank**
**Attn: Officer**
**4801 Frederica Street**
**Owensboro, KY 42301**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Leonard Charles Smith** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica Anne Smith** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| 4.1 | **Accounts Receivable Mgmt Svcs** | $0.00 |

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **Attn: Officer Manager or Agent** | **When was the debt incurred?** |
| **PO Box 638** | |
| **Paris, TN 38242-0638** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |

Last 4 digits of account number _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document    Page 23 of 83

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

| 4.2 | **Advance America** | Last 4 digits of account number _____ | $500.00 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**2012 Memorial Blvd #H**
**Springfield, TN 37172**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.3 | **Advance Financial** | Last 4 digits of account number _____ | $2,212.00 |

Nonpriority Creditor's Name
**Attn Officer Manager or Agent**
**1901 Church St**
**Nashville, TN 37203**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.4 | **Air Affiliates Inc** | Last 4 digits of account number _____ | $215.34 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**2100 Park Plaza Drive**
**Springfield, TN 37172**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:18-bk-02274   Doc 1   Filed 04/03/18   Entered 04/03/18 09:49:41   Desc Main
Document          Page 24 of 83

Debtor 1  **Leonard Charles Smith**
Debtor 2  **Jessica Anne Smith**

Case number (if know) _____

---

| 4.5 | **Armand Law Group** | Last 4 digits of account number _____ | **$455.57** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**8668 Spring Mountain Rd Ste 101**
**Las Vegas, NV 89117**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Re: Aargon Agency**

---

| 4.6 | **AT&T Bankruptcy Dept** | Last 4 digits of account number _____ | **$8,379.48** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 769**
**Arlington, TX 76004**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.7 | **Benchmark Physical Therapy** | Last 4 digits of account number _____ | **$157.50** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**Dept 888530**
**Knoxville, TN 37995**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| Debtor 1 | **Leonard Charles Smith** | | |
|---|---|---|---|
| Debtor 2 | **Jessica Anne Smith** | Case number (if know) | |

---

| 4.8 | **C. Robert Hedges** | Last 4 digits of account number | **V354** | **$1,485.78** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**157 West Fifth Street**
**Russellville, KY 42276**

**When was the debt incurred?** _____

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Re: Northcrest Medical Center**

---

| 4.9 | **Care Credit/SYNCB** | Last 4 digits of account number | | **$1,362.00** |

Nonpriority Creditor's Name

**Attn: Officer**
**PO Box 965036**
**Orlando, FL 32896**

**When was the debt incurred?** _____

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

| 4.10 | **Cash Express** | Last 4 digits of account number | | **$747.50** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**1602 Memorial Blvd**
**Springfield, TN 37172**

**When was the debt incurred?** _____

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

Debtor 1  **Leonard Charles Smith**
Debtor 2  **Jessica Anne Smith**

Case number (if know) _____

---

| 4.1 1 | **Check Into Cash** | Last 4 digits of account number _____ | **$488.75** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**2554 Memorial Blvd**
**Springfield, TN 37172**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Loan**

---

| 4.1 2 | **Collection Bureau - FWB** | Last 4 digits of account number _____ | **$1,081.00** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 4127**
**Fort Walton Beach, FL 32549-4127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Re: Caleb Creek ER Physicans**

---

| 4.1 3 | **Credit Bureau Systems Inc** | Last 4 digits of account number _____ | **$301.34** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**121 W Dunbar Rd**
**Clarksville, TN 37040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Re: Northcrest Physician Services**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

| 4.1 4 | **Credit Bureau Systems Inc** | Last 4 digits of account number _____ | **$1,590.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**121 W Dunbar Rd**
**Clarksville, TN 37040**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Re: Northcrest Medical Center**

---

| 4.1 5 | **Credit Collection Services** | Last 4 digits of account number _____ | **$1,238.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 9134**
**Needham Heights, MA 02494-9134**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Re: Quest Diagnostics Inc**

---

| 4.1 6 | **Credit Collection Services** | Last 4 digits of account number _____ | **$203.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 9134**
**Needham Heights, MA 02494-9134**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Re: Progressive Insurance Company**

---

Case 3:18-bk-02274   Doc 1   Filed 04/03/18   Entered 04/03/18 09:49:41   Desc Main
Document      Page 28 of 83

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

---

| 4.1 7 | **DirecTV** | Last 4 digits of account number _____ | **$1,100.00** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 6550**
**Greenwood Village, CO 80155-6550**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Utility**

---

| 4.1 8 | **DJO LLC** | Last 4 digits of account number _____ | **$453.62** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 515471**
**Los Angeles, CA 90051-6771**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

| 4.1 9 | **DJO LLC** | Last 4 digits of account number _____ | **$50.69** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 660117**
**Dallas, TX 75266**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:18-bk-02274   Doc 1   Filed 04/03/18   Entered 04/03/18 09:49:41   Desc Main
Document   Page 29 of 83

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.2 0 | **Fingerhut/WebBank** | **Last 4 digits of account number** _____ | **$186.00** |

Nonpriority Creditor's Name
**Attn: Officer**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | | |
|---|---|---|---|
| 4.2 1 | **First Premier Bank** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn: Officer**
**3820 N Louise Ave**
**Sioux Falls, SD 57107-0145**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

| | | | |
|---|---|---|---|
| 4.2 2 | **FMAC** | **Last 4 digits of account number** _____ | **$1,101.67** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**55 Mooreland Drive**
**Springfield, TN 37172**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| Debtor 1 | **Leonard Charles Smith** |
|---|---|
| Debtor 2 | **Jessica Anne Smith** |

Case number (*if know*) _____

---

| **4.2 3** | **Fox Collection Center** | | Last 4 digits of account number _____ | | **$42.38** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 528**
**Goodlettsville, TN 37070-0528**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Re: Radiology Alliance**

---

| **4.2 4** | **Fox Collection Center** | | Last 4 digits of account number _____ | | **$38.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 528**
**Goodlettsville, TN 37070-0528**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **re: TN Imaging**

---

| **4.2 5** | **Fox Collection Center** | | Last 4 digits of account number _____ | | **$43.71** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 528**
**Goodlettsville, TN 37070-0528**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **re: TN Imaging**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case 3:18-bk-02274   Doc 1   Filed 04/03/18   Entered 04/03/18 09:49:41   Desc Main
Document      Page 31 of 83

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

---

| 4.2 6 | **Independent Physical Therapy** | | | **$449.02** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**P.O. Box 1289**
**Peoria, IL 61654**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

| 4.2 7 | **Labcorp** | | | **$57.11** |

Nonpriority Creditor's Name
**% LCA Collections**
**PO Box 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

| 4.2 8 | **Labcorp** | | | **$36.80** |

Nonpriority Creditor's Name
**% LCA Collections**
**PO Box 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

---

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

---

| 4.2 9 | |
|---|---|

**Labcorp**                                          **Last 4 digits of account number** _____          **$5.61**
Nonpriority Creditor's Name
**% LCA Collections**                                **When was the debt incurred?** _____
**PO Box 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **Medical**

---

| 4.3 0 | |
|---|---|

**MaxLend**                                          **Last 4 digits of account number** _____          **$1,000.00**
Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**                   **When was the debt incurred?** _____
**PO Box 639**
**Parshall, ND 58770**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify _____

---

| 4.3 1 | |
|---|---|

**Midland Funding LLC**                              **Last 4 digits of account number** _____          **$186.76**
Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**                   **When was the debt incurred?** _____
**8875 Aero Drive #200**
**San Diego, CA 92123**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **Re: Bluestem Brands, Inc**

---

Debtor 1  **Leonard Charles Smith**

Debtor 2  **Jessica Anne Smith**

Case number (if know) _____

---

| 4.3 2 | **MRS Associates Inc** | | **Last 4 digits of account number** _____ | **$382.51** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**1930 Olney Ave**
**Cherry Hill, NJ 08003**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Re: Paypal**

---

| 4.3 3 | **National Credit Adjusters** | | **Last 4 digits of account number** _____ | **$1,859.33** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 3023**
**Hutchinson, KS 67504-3023**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Re: Plain Green**

---

| 4.3 4 | **National Service Bureau** | | **Last 4 digits of account number** _____ | **$2,628.52** |

Nonpriority Creditor's Name

**Attn Officer Manager or Agent**
**18912 North Creek Pkwy, Ste 205**
**Bothell, WA 98011**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Re: State Farm Insurance Co**

---

Debtor 1  **Leonard Charles Smith**
Debtor 2  **Jessica Anne Smith**

Case number (*if know*) _____

---

| 4.3 5 | **Nationwide Recovery Service** | | | **$86.19** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**545 W Inman Street**
**Cleveland, TN 37311**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Re: Select Physical Therapy**

---

| 4.3 6 | **Navient** | | | **$18,417.61** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 9500**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 7 | **Neurosurgical Associates** | | | **$50.00** |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 210127**
**Nashville, TN 37221-0127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Leonard Charles Smith**

Debtor 2  **Jessica Anne Smith**

Case number (if know) _____

---

| 4.3 8 | **Northcrest Medical Center** | Last 4 digits of account number _____ | **$4,745.54** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**100 Northcrest Dr**
**Springfield, TN 37172-2984**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 9 | **Northcrest Medical Center** | Last 4 digits of account number _____ | **$2,218.83** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**100 Northcrest Dr**
**Springfield, TN 37172-2984**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

| 4.4 0 | **Northcrest Medical Center** | Last 4 digits of account number _____ | **$500.00** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**100 Northcrest Dr**
**Springfield, TN 37172-2984**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical**

---

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

---

| 4.4 1 | | |
|---|---|---|

**Northcrest Physician Services**
Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 969**
**Springfield, TN 37172-0969**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$485.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 2 | | |
|---|---|---|

**Novasom**
Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 101928 Dept 2491**
**Birmingham, AL 35210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$223.08**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 3 | | |
|---|---|---|

**Pioneer/Mac Inc**
Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**4000 South Eastern Ste 300**
**Las Vegas, NV 89119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$14,275.97**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

| 4.4 4 | **Plain Green Loans/Account Svcs** | Last 4 digits of account number _____ | **$1,078.00** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent
PO Box 270
Box Elder, MT 59521**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 5 | **Plaza Services** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent
110 Hammond Drive STE 110
Atlanta, GA 30328**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Notice Only**

---

| 4.4 6 | **PRA Receivables Management LLC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent
PO Box 41021
Norfolk, VA 23541**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Notice Only**

---

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document        Page 38 of 83

Debtor 1    **Leonard Charles Smith**

Debtor 2    **Jessica Anne Smith**

Case number (*if know*) _____

---

**4.47**

**Quantum Servicing Corp**

Last 4 digits of account number _____    **$500.00**

Nonpriority Creditor's Name

**Attn: Officer, Manager or Agent**
**PO Box 788**
**Kirkland, WA 98083-0788**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.48**

**Quest Diagnostics**

Last 4 digits of account number _____    **$500.00**

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 740777**
**Cincinnati, OH 45274-0777**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical**

---

**4.49**

**Ramesh Chadalavada MD**

Last 4 digits of account number _____    **$80.84**

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**221 Northcrest Drive**
**Springfield, TN 37172**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1 **Leonard Charles Smith**

Debtor 2 **Jessica Anne Smith**

Case number (*if know*) _____

---

| 4.5 0 | **Reviver Financial, LLC** | Last 4 digits of account number _____ | **$230.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 3023**
**Hutchinson, KS 67504**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 1 | **Reviver Financial, LLC** | Last 4 digits of account number _____ | **$1,235.49** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 3023**
**Hutchinson, KS 67504**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 2 | **Robertson Co General Sess Ct** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**529 S Brown St**
**Springfield, TN 37172**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **2014CV354**

---

Debtor 1  **Leonard Charles Smith**

Debtor 2  **Jessica Anne Smith**

Case number (if know) _____

---

| 4.5 3 | **Southern Radiology Associates** | Last 4 digits of account number _____ | **$139.14** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 1376**
**Columbia, TN 38402-1376**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 4 | **Speedy Cash** | Last 4 digits of account number _____ | **$1,000.00** |

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**8400 E 32nd St N**
**Wichita, KS 67226**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 5 | **Suntrust Bank** | Last 4 digits of account number _____ | **$30.00** |

Nonpriority Creditor's Name

**Attn: Officer**
**PO Box 85526**
**Richmond, VA 23285**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Overdrawn Account**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

| 4.5 6 | **Surgical Alliance Middle TN** | Last 4 digits of account number _____ | $813.65 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**PO Box 440353**
**Nashville, TN 37244-0353**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 7 | **Tennessee Orthopaedic Alliance** | Last 4 digits of account number _____ | $45.00 |

Nonpriority Creditor's Name
**PO Box 105132**
**Atlanta, GA 30348-5132**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 8 | **Tennessee Quick Cash** | Last 4 digits of account number _____ | $1,442.32 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**904 Memorial Blvd**
**Springfield, TN 37172**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

---

| 4.5 9 | **Tennessee Student Assistance Corp** | | $6,570.31 |

Nonpriority Creditor's Name
**c/o TN Atty General, BK Unit**
**P O Box 20207**
**Nashville, TN 37202-0207**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 0 | **Transworld Systems Inc** | | $20.00 |

Nonpriority Creditor's Name
**Attn: Officer Manager or Agent**
**507 Prudential Road**
**Horsham, PA 19044**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Re: Minuteclinic of TN**

---

| 4.6 1 | **US Attorney General** | | $0.00 |

Nonpriority Creditor's Name
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

| 4.6 2 | | | |
|---|---|---|---|

**USA Funds**

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 9460**
**Wilkes Barre, PA 18773**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**$17,897.45**

---

| 4.6 3 | | | |
|---|---|---|---|

**Verizon Wireless**

Nonpriority Creditor's Name

**Attn: Officer Manager or Agent**
**PO Box 105378**
**Atlanta, GA 30348**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**$4,076.90**

---

| 4.6 4 | | | |
|---|---|---|---|

**Volunteer State Bank**

Nonpriority Creditor's Name

**Attn: Officer**
**101 Hwy 52 W**
**Portland, TN 37148**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**$1,403.97**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

---

Debtor 1 **Leonard Charles Smith**

Debtor 2 **Jessica Anne Smith**

Case number (if know) _____

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **13.7 LLC**<br>**Attn: Officer Manager or Agent**<br>**P.O. Box 1931**<br>**Burlingame, CA 94011** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Accounts Receivable Mgmt Svcs**<br>**Attn: Officer Manager or Agent**<br>**PO Box 638**<br>**Paris, TN 38242-0638** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **American Infosource LP**<br>**Attn: Officer Manager or Agent**<br>**PO Box 248838**<br>**Oklahoma City, OK 73124** | Line **4.63** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **American Infosource LP**<br>**Attn: Officer Manager or Agent**<br>**PO Box 248838**<br>**Oklahoma City, OK 73124** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **American Infosource LP**<br>**Attn: Officer Manager or Agent**<br>**4515 N Santa Fe Ave**<br>**Oklahoma City, OK 73118** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Cash Express LLC**<br>**Attn: Officer Manager or Agent**<br>**345 S Jefferson Ave Ste 300**<br>**Cookeville, TN 38501** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Credit Bureau Systems Inc**<br>**Attn: Officer Manager or Agent**<br>**121 W Dunbar Rd**<br>**Clarksville, TN 37040** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Credit Bureau Systems Inc**<br>**Attn: Officer Manager or Agent**<br>**PO Box 482**<br>**Clarksville, TN 37040-0482** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Credit Bureau Systems Inc**<br>**Attn: Officer Manager or Agent**<br>**PO Box 482**<br>**Clarksville, TN 37040-0482** | Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Credit Business SVCS** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document      Page 45 of 83

Debtor 1  **Leonard Charles Smith**
Debtor 2  **Jessica Anne Smith**

Case number (if know) _____

**Attn: Officer Manager or Agent**
**PO Box 4127**
**Fort Walton Beach, FL 32549**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**ECMC**
**Attn: Officer Manager or Agent**
**PO Box 16408**
**Saint Paul, MN 55116-0408**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Fox Collection Center**
**Attn: Officer Manager or Agent**
**PO Box 528**
**Goodlettsville, TN 37070-0528**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Credit Management Inc**
**Attn: Officer Manager or Agent**
**2365 Northside Drive STE 300**
**San Diego, CA 92108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Funding LLC**
**Attn: Officer Manager or Agent**
**8875 Aero Drive #200**
**San Diego, CA 92123**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Funding LLC**
**Attn Officer Manager or Agent**
**PO Box 2011**
**Warren, MI 48090**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Funding LLC**
**Attn Officer Manager or Agent**
**PO Box 2011**
**Warren, MI 48090**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**MSCB Inc**
**Attn: Officer Manager or Agent**
**PO Box 1567**
**Paris, TN 38242-1567**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Northcrest Medical Center**
**Attn: Officer Manager or Agent**
**PO Box 305172 Dept 97**
**Nashville, TN 37230**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Northcrest Medical Center**
**Attn: Officer Manager or Agent**
**P.O. Box 305172 Dept 97**
**Nashville, TN 37230**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1    **Leonard Charles Smith**

Debtor 2    **Jessica Anne Smith**

Case number (*if know*) _____

| | | |
|---|---|---|
| **Optima Recovery Services**<br>**Attn: Officer Manager or Agent**<br>**PO Box 52968**<br>**Knoxville, TN 37950-2968** | Line **4.56** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Quantum3 Group**<br>**Attn: Officer Manager or Agent**<br>**PO Box 788**<br>**Kirkland, WA 98083** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.43** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Resurgent Capital Services**<br>**Attn Officer Manager or Agent**<br>**PO Box 10587**<br>**Greenville, SC 29603** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Resurgent Capital Services**<br>**Attn Officer Manager or Agent**<br>**PO Box 10587**<br>**Greenville, SC 29603** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Resurgent Capital Services**<br>**Attn Officer Manager or Agent**<br>**PO Box 10587**<br>**Greenville, SC 29603** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.29** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Robert Hedges**<br>**Attn: Officer Manager or Agent**<br>**P.O. Box 335**<br>**Russellville, KY 42276** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**TN Atty Generals Office BK Unit**<br>**Attn: Officer Manager or Agent**<br>**PO Box 20207**<br>**Nashville, TN 37202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**TN Quick Cash**<br>**Attn: Officer Manager or Agent**<br>**6326 Charlotte Pike**<br>**Nashville, TN 37209** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**US Attorney**<br>**110 9th Ave S #A961**<br>**Nashville, TN 37203** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**US Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue**<br>**Washington, DC 20530** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

| | |
|---|---|
| Debtor 1   **Leonard Charles Smith** | |
| Debtor 2   **Jessica Anne Smith** | Case number (*if know*) |

**USA Funds**
**Attn: Officer Manager or Agent**
**P.O. Box 9430**
**Wilkes Barre, PA 18773-9430**

Line **4.62** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $    0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $    0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $    0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $    0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $    0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $    0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $    0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $    108,104.41 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $    108,104.41 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Leonard Charles Smith** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Jessica Anne Smith** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number      Street<br><br>City            State        ZIP Code | |
| **2.2** Name<br><br>Number      Street<br><br>City            State        ZIP Code | |
| **2.3** Name<br><br>Number      Street<br><br>City            State        ZIP Code | |
| **2.4** Name<br><br>Number      Street<br><br>City            State        ZIP Code | |
| **2.5** Name<br><br>Number      Street<br><br>City            State        ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Leonard Charles Smith** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Jessica Anne Smith** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1   **Erica Horton**<br>**858 Pebble Brook Drive**<br>**Ashland City, TN 37015** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.43**<br>☐ Schedule G _____<br>**Pioneer/Mac Inc** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Leonard Charles Smith** |
| Debtor 2 (Spouse, if filing) | **Jessica Anne Smith** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| | Occupation | **Department Manager** | **Disabled** |
| | Employer's name | **Lowe's Home Center LLC** | |
| | Employer's address | **Attn: Payroll<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697** | |
| | How long employed there? | 13 Years | |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,094.39** | $ **0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **3,094.39** | $ **0.00** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Leonard Charles Smith** | | |
| Debtor 2 | **Jessica Anne Smith** | Case number (*if known*) | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 3,094.39 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | $ 364.11 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | $ 146.77 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | $ 654.12 | $ 0.00 |
| 5f. | **Domestic support obligations** | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | $ 0.00 | $ 0.00 |
| 5h.+ | **Other deductions.** Specify: _____ | $ 0.00 + | $ 0.00 |

| | | | |
|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | $ 1,165.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | $ 1,929.39 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | $ 0.00 | $ 1,273.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Adoption Assistance** | $ 1,513.20 | $ 0.00 |
| | **Social Security Disability for the Children** | $ 0.00 | $ 1,366.00 |
| | **Disability Retirement** | $ 0.00 | $ 837.00 |
| 8g. | **Pension or retirement income** | $ 0.00 | $ 0.00 |
| 8h.+ | **Other monthly income.** Specify: _____ | $ 0.00 + | $ 0.00 |

| | | | |
|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | $ 1,513.20 | $ 3,476.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $ 3,442.59 | + | $ 3,476.00 | = | $ 6,918.59 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____     11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies
    12. $ 6,918.59

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: **The Joint Debtor's LTD stopped in December, 2017 and her SSDI began approx. March, 2018. SSDI paid her a retroactive lump-sum taking her all the way back to approx. October, 2017.**

Fill in this information to identify your case:

Debtor 1 **Leonard Charles Smith**

Debtor 2 **Jessica Anne Smith**
(Spouse, if filing)

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                              12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

### Part 1:   Describe Your Household

**1.   Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

  ■ No

  ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2.   Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | 13 | ☐ No   ■ Yes |
| **Daughter** | 16 | ☐ No   ■ Yes |
| **Son - Special Needs** | 23 | ☐ No   ■ Yes |
| **Debtor's disabled mom** | 60 | ☐ No   ■ Yes |
| **Joint Debtor's disabled dad** | 75 | ☐ No   ■ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

---

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

**4.   The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **0.00**

If not included in line 4:

| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |

**5.   Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (if known) _____

Case 3:18-bk-02274 Doc 1 Filed 04/03/18 Entered 04/03/18 09:49:41 Desc Main
Document Page 54 of 83

Debtor 1  **Leonard Charles Smith**
Debtor 2  **Jessica Anne Smith**                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | **300.00** |
| | 6b. Water, sewer, garbage collection | 6b. | $ | **135.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **400.00** |
| | 6d. Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **1,100.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **200.00** |
| 10. | **Personal care products and services** | 10. | $ | **175.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **500.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **320.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | **0.00** |
| | 15b. Health insurance | 15b. | $ | **0.00** |
| | 15c. Vehicle insurance | 15c. | $ | **125.00** |
| | 15d. Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. Other. Specify: | 17c. | $ | **0.00** |
| | 17d. Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. Real estate taxes | 20b. | $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify:    **Pet Expenses** | 21. | +$ | **100.00** |

22. **Calculate your monthly expenses**

   22a. Add lines 4 through 21.                                    $ **3,505.00**

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    $

   22c. Add line 22a and 22b. The result is your monthly expenses.    $ **3,505.00**

23. **Calculate your monthly net income.**

   23a. Copy line 12 *(your combined monthly income)* from Schedule I.    23a. $ **6,918.59**

   23b. Copy your monthly expenses from line 22c above.    23b. -$ **3,505.00**

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*    23c. $ **3,413.59**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.    Explain here: **Joint Debtor's father receives $1,200.00 per month in social security benefits which he uses to cover his medical expenses. He does not contribute to the household.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Leonard Charles Smith** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Jessica Anne Smith** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Leonard Charles Smith**      X **/s/ Jessica Anne Smith**

**Leonard Charles Smith**      **Jessica Anne Smith**
Signature of Debtor 1      Signature of Debtor 2

Date   **April 3, 2018**      Date   **April 3, 2018**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Leonard Charles Smith** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jessica Anne Smith** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1.  What is your current marital status?**

■ Married
☐ Not married

**2.  During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.  Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

**4.  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $9,283.17 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Leonard Charles Smith**
Debtor 2    **Jessica Anne Smith**                                    Case number (if known) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $45,891.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $42,000.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $15,000.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **SSI/SSDI/Adoption Asst./Disability Retirement** | $18,148.60 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | **SSI/LTD/Adoption Asst./Disability Retirement** | $51,338.40 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | **Social Security Incomes, Adoption Assitance** | $38,895.68 | | |

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ☐  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ■  Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document        Page 58 of 83

| Debtor 1 | **Leonard Charles Smith** | | |
|----------|---------------------------|---|---|
| Debtor 2 | **Jessica Anne Smith** | Case number *(if known)* | |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

■ No
☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number (*if known*) _____

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

---

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Allen's Credit & Debt Counseling Agency**<br>**20003 387th Avenue**<br>**Wolsey, SD 57384**<br>**Debtors** | **Credit Counseling Certificate** | **8/28/2017** | **$20.00** |
| **Rothschild & Ausbrooks, PLLC**<br>**1222 16th Avenue S Ste 12**<br>**Nashville, TN 37212-2926**<br>**Debtor via Chapter 13 Trustee** | **Attorney Fees** | **Through prior Chapter 13 17-00757** | **$3,070.26** |
| **Rothschild & Ausbrooks, PLLC**<br>**1222 16th Avenue S Ste 12**<br>**Nashville, TN 37212-2926**<br>**Debtor via Chpater 13 Trustee** | **Attorney Fees** | **Through prior Chapter 13 # 17-05880** | **$4,082.00** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:18-bk-02274   Doc 1   Filed 04/03/18   Entered 04/03/18 09:49:41   Desc Main
Document      Page 60 of 83

| Debtor 1 | **Leonard Charles Smith** | | |
| Debtor 2 | **Jessica Anne Smith** | Case number *(if known)* | |

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Rothschild & Ausbrooks, PLLC**<br>**1222 16th Avenue S Ste 12**<br>**Nashville, TN 37212-2926**<br>**Debtors** | **Attorney Fees** | **4/2/2018** | **$1,000.00** |
| **Allen's Credit & Debt Counseling Agency**<br>**20003 387th Avenue**<br>**Wolsey, SD 57384**<br>**Debtor** | **Credit Counseling** | **4/3/2018** | **$20.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Suntrust Bank**<br>**Attn: Officer**<br>**PO Box 85526**<br>**Richmond, VA 23285** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **03/2018 (Overdrawn)** | **$0.00** |

| Debtor 1 | **Leonard Charles Smith** |
|---|---|
| Debtor 2 | **Jessica Anne Smith** |

Case number *(if known)* _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Suntrust Bank**<br>**Attn: Officer**<br>**PO Box 85526**<br>**Richmond, VA 23226** | XXXX- | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 03/2018 (Bank used remaining balance of approx $6.00 to pay towards overdrawn checking account before closing) | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Leonard Charles Smith**
Debtor 2 **Jessica Anne Smith**

Case number *(if known)*

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11: Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Leonard Charles Smith** | |
| Debtor 2 | **Jessica Anne Smith** | Case number *(if known)* _____ |

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| **/s/ Leonard Charles Smith** | **/s/ Jessica Anne Smith** |
| **Leonard Charles Smith** | **Jessica Anne Smith** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **April 3, 2018** | Date **April 3, 2018** |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:18-bk-02274    Doc 1    Filed 04/03/18    Entered 04/03/18 09:49:41    Desc Main
Document    Page 65 of 83

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_form s.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Leonard Charles Smith**
       **Jessica Anne Smith**
                           Case No. _____

                        Debtor(s)       Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,250.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 3,250.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]
         **For the agreed upon fee, Rothschild & Ausbrooks, PLLC has agreed to perform all regular and routine services to be rendered in this Chapter 13/7 proceeding, which include but are not limited to advice rendered to the debtor before and during the pendency of the case concerning the nature and effect of Chapter 13/7 bankruptcy, preparation and filing of statements and schedules, attendance at the meeting of creditors and confirmation hearing, preparation of defense in the event of a motion for relief from stay, preparation of motions by debtor to amend the plan, add creditors, or suspend payments, and preparation and filing of discharge documents.  Other services such as dealing with creditors during the life of the plan, submitting requests for payment reports from the trustee, and other regular and routine services not specifically stated herein, are included without additional charge to the debtor.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **The debtor has acknowledged that matters may arise in connection with the bankruptcy case which are not included in the regular and routine services to be rendered for the fee quoted.  Charges for such additional services will be assessed at our standard hourly rate for the particular attorney working on the case, and shall be in addition to the quoted fee.  Debtor has been advised that these charges must be submitted to the Bankruptcy Court for approval.  Such services would include, but are not limited to, attendance at depositions or Rule 2004 examinations and other pretrial hearings in regard to objections to confirmation and/or adversary proceedings concerning discharge of debt, research, preparation of briefs, preparation for trial, and court time at trial in such litigated matters.**

In re   **Leonard Charles Smith**
     **Jessica Anne Smith**
                         Debtor(s)            Case No.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   **April  3, 2018**
*Date*

          **/s/ Mary Beth Ausbrooks**
          **Mary Beth Ausbrooks**
          *Signature of Attorney*
          **Rothschild & Ausbrooks PLLC**
          **1222 16th Avenue South, Suite 12**
          **Nashville, TN 37212-2926**
          **(615) 242-3996  Fax: (615) 242-2003**
          **notice@rothschildbklaw.com**
          *Name of law firm*

# Rights and Responsibilities of Chapter 13 Clients and Attorneys

It is important for clients who file a bankruptcy case under Chapter 13 to understand their rights and responsibilities. It is also important that the clients know what their attorney's responsibilities are, and understand the importance of communicating with their attorney to make the case successful. Clients should also know that they may expect certain services to be performed by their attorney. The below guidelines provided by the Court are hereby agreed to by the clients and their attorneys.

## CLIENT
The attorney and client acknowledge that they have discussed the obligation of the client to:

### Before the case is filed:

1. Provide the attorney with complete and accurate financial information, including all debts owed, all property owned, an accurate, current and projected budget, copies of all required tax returns or transcripts from the IRS, and 6 months of pay stubs.
2. Inform the attorney of any prior bankruptcies and the outcome of those proceedings.
3. Discuss with the attorney the client's reasons and objectives for filing the case.
4. Review the complete bankruptcy petition (including all schedules and statements) upon its receipt and promptly advise the attorney of any errors, omissions, or changes which need to be made.

### After the case is filed:

1. Pay the Trustee within 30 days of filing.
2. Keep the trustee and attorney informed of the client's address, telephone number and employment.
3. Inform the attorney of any wage garnishment or attachment of assets which occurs or continues after the case is filed.
4. Review the Confirmation Order when received, and advise the attorney if the client has questions about which creditors are being paid and how much or if the client has questions about anything the debtor must do.
5. Review the Trustee's Notice of Intent to Pay Claims when received, and advise the attorney of any filed claim that appears to be improper or excessive, or any creditor who has not filed a proof of claim but the client wants to make sure is paid.
6. Insure all property of the estate, including maintaining liability, collision, and comprehensive insurance on vehicles securing loans or leases.
7. Contact the attorney promptly if the client loses his/her job, becomes ill, experiences a budget change, or is otherwise unable to make plan payments.
8. Inform the attorney if any tax refunds the client is entitled to are seized or not returned to the client by the IRS.
9. Provide the documentation/information requested by attorney for the attorney to file necessary post-petition motions (tax returns, pay stubs, amended budget).

Revised 2/27/18

## ATTORNEY

The attorney has agreed to accept a flat fee of $4,250.00 for all aspects of the bankruptcy case except for services excluded from the flat fee (described below). For some of the excluded services, the attorney has agreed to limit the fees to amounts set by the Bankruptcy Court for the specific services. For the remaining excluded services, the attorney may request additional fees on an hourly basis in accordance with the agreement between the attorney and the client.

Fees shall be paid by the Trustee through the plan unless otherwise ordered. The attorney may not receive fees directly from the client other than the initial retainer, unless paid by a third party, in which event such payment must be fully disclosed to the Bankruptcy Court. Any fee must be agreed upon by the client and the attorney, and approved by the court.

**Services included in the flat fee.** The services the attorney agrees to provide for the flat fee include:

1. Meet with the client to review the client's debts, assets, liabilities, income, and expenses. Request appropriate financial information, including credit reports and information on any mortgage debt or support obligation.
2. Conduct necessary due diligence regarding any prior bankruptcies involving the client.
3. Counsel the client regarding the advisability of filing a bankruptcy and whether filing either a Chapter 7 or Chapter 13 case would assist in meeting the client's objectives; discuss procedures in both Chapter 7 and Chapter 13 with the client, and answer the client's questions.
4. Explain what payments will be made directly by the client and what payments will be made through the client's Chapter 13 plan.
5. Explain to the client how, when, and where to make the Chapter 13 plan payments, including advising the client that the first plan payment must be made to the Trustee no later than 30 days after the case is filed.
6. Explain to the client how the attorney's fees and trustee's fees are paid, providing a signed copy of the contract between the client and the attorney and a copy of this Rights and Responsibilities to the debtor.

10. Contact the attorney before buying, refinancing, or selling real property or a motor vehicle or before entering into any loan agreements to find out what approvals are required, including retaining a real estate agent or listing property for sale.
11. Contact the attorney if the debtor receives an inheritance.
12. Contact the attorney if the client is sued during the case.
13. Contact the attorney if the client has any potential lawsuits against another person or company after the bankruptcy is filed.
14. Attend a financial management workshop no later than the due date of the last scheduled plan payment.
15. Open and read all mail from the attorney, Trustee, or Bankruptcy Court.

7. Advise the client of the requirement to attend the 341 Meeting of Creditors, arriving early, and instruct the client as to the date, time, and place of the meeting. Advise the client to bring a copy of the petition and the schedules and statements to the Meeting.

8. Advise the client of the necessity of maintaining liability, collision, and comprehensive insurance on vehicles securing loans or leases and advise the client of the duty to insure all property of the estate.

9. Timely prepare and file the client's petition, plan, statements, and schedules.

10. Ensure that if the plan includes a motion to void liens, that the collateral is identified and an exemption is claimed.

11. Ensure proper notice and service of the plan.

12. Appear at the 341 Meeting of Creditors with the client.

13. Review all documents filed in the case and all communications concerning the case.

14. Respond to objections to plan confirmation and, where necessary, prepare an amended plan, and appear at the confirmation hearing.

15. Explain that a plan may be modified after confirmation and, where needed, prepare, file, and serve necessary modifications to the plan which may include suspending, lowering, or increasing plan payments.

16. Prepare, file, and serve necessary amended statements and schedules in accordance with information provided by the client.

17. Review the confirmation order and the Trustee's notice of intent to pay claims.

18. If necessary, object to improper or invalid claims based upon information provided by the client.

19. File claims for creditors when the client's goals and interests are served by such filing.

20. Respond to client communications, advising the client of the best and most efficient means of communications.

21. File notice of change of employment/change of address.

22. Represent the client in connection with all motions filed in the bankruptcy case, other than those listed in the excluded services below.

23. Where appropriate, prepare, file, and serve necessary motions to avoid liens on real or personal property.

**Additional services requiring additional limited fees.** The following services are not included in the flat fee, but the attorney has agreed to provide these services, when necessary and appropriate for the case, for additional compensation based on a fee schedule approved by the Court. The maximum additional fee for work performed in connection with obtaining the necessary Court approval for certain activities is indicated below:

1. Mortgage loan modification of the claim secured by the debtor's principal residence – up to $500

2. Substitution of collateral – up to $400.

3. Retention of a realtor, auctioneer or other professional relating to the sale of property or representing the interests of the estate – up to $200

4. Sale of property and disposition of the proceeds, resulting in the closing of such sale and the filing of any necessary report of the sale – up to $300.

Revised 2/27/18

5.  Retention of special counsel relating to collecting or pursuing a cause of action in a different judicial forum and that results in the filing of a motion and order authorizing the approval of a settlement of such litigation – up to $300.

**Additional services on an hourly basis.** The following services are not included in the flat fee and are not covered by any specific cap on fee, but the attorney has agreed to provide these services, when necessary and appropriate for the case, but may charge an hourly rate for the work performed – subject to Court approval:

1.  Motions for sanctions or contempt.
2.  Representation at a Rule 2004 examination.

**Services the attorney has not agreed to provide.** The attorney has not agreed to represent the client in any adversary proceeding or certain contested matters placed on an "adversary track" by order of the Court, unless the details of such separate litigation representation are spelled out in an addendum to this agreement or in a separate supplemental contract. The client will be fully apprised of any such anticipated litigation that would not be covered by this agreement.

Effective Date: 4/2/18

Rothschild & Ausbrooks, PLLC

By: _____

_____
CLIENT

_____
CLIENT (if joint)

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Leonard Charles Smith**
**Jessica Anne Smith**

Case No.

Debtor(s)      Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **April 3, 2018**      **/s/ Leonard Charles Smith**
**Leonard Charles Smith**
Signature of Debtor

Date:  **April 3, 2018**      **/s/ Jessica Anne Smith**
**Jessica Anne Smith**
Signature of Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

LEONARD CHARLES SMITH
4788 SOMERVILLE ROAD
CROSS PLAINS TN 37049

JESSICA ANNE SMITH
4788 SOMERVILLE ROAD
CROSS PLAINS TN 37049

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS PLLC
1222 16TH AVENUE SOUTH, SUITE 12
NASHVILLE, TN 37212-2926

13.7 LLC
ATTN: OFFICER MANAGER OR AGENT
P.O. BOX 1931
BURLINGAME CA 94011

ACCOUNTS RECEIVABLE MGMT SVCS
ATTN: OFFICER MANAGER OR AGENT
PO BOX 638
PARIS TN 38242-0638

ADVANCE AMERICA
ATTN: OFFICER MANAGER OR AGENT
2012 MEMORIAL BLVD #H
SPRINGFIELD TN 37172

ADVANCE FINANCIAL
ATTN OFFICER MANAGER OR AGENT
1901 CHURCH ST
NASHVILLE TN 37203

AIR AFFILIATES INC
ATTN: OFFICER MANAGER OR AGENT
2100 PARK PLAZA DRIVE
SPRINGFIELD TN 37172

AMERICAN INFOSOURCE LP
ATTN: OFFICER MANAGER OR AGENT
PO BOX 248838
OKLAHOMA CITY OK 73124

AMERICAN INFOSOURCE LP
ATTN: OFFICER MANAGER OR AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118

ARMAND LAW GROUP
ATTN: OFFICER MANAGER OR AGENT
8668 SPRING MOUNTAIN RD STE 101
LAS VEGAS NV 89117

AT&T BANKRUPTCY DEPT
ATTN: OFFICER MANAGER OR AGENT
PO BOX 769
ARLINGTON TX 76004

BENCHMARK PHYSICAL THERAPY
ATTN: OFFICER MANAGER OR AGENT
DEPT 888530
KNOXVILLE TN 37995

C. ROBERT HEDGES
ATTN: OFFICER MANAGER OR AGENT
157 WEST FIFTH STREET
RUSSELLVILLE KY 42276

CARE CREDIT/SYNCB
ATTN: OFFICER
PO BOX 965036
ORLANDO FL 32896

CASH EXPRESS
ATTN: OFFICER MANAGER OR AGENT
1602 MEMORIAL BLVD
SPRINGFIELD TN 37172

CASH EXPRESS LLC
ATTN: OFFICER MANAGER OR AGENT
345 S JEFFERSON AVE STE 300
COOKEVILLE TN 38501

CHECK INTO CASH
ATTN: OFFICER MANAGER OR AGENT
2554 MEMORIAL BLVD
SPRINGFIELD TN 37172

COLLECTION BUREAU - FWB
ATTN: OFFICER MANAGER OR AGENT
PO BOX 4127
FORT WALTON BEACH FL 32549-4127

CREDIT BUREAU SYSTEMS INC
ATTN: OFFICER MANAGER OR AGENT
121 W DUNBAR RD
CLARKSVILLE TN 37040

CREDIT BUREAU SYSTEMS INC
ATTN: OFFICER MANAGER OR AGENT
PO BOX 482
CLARKSVILLE TN 37040-0482

CREDIT BUSINESS SVCS
ATTN: OFFICER MANAGER OR AGENT
PO BOX 4127
FORT WALTON BEACH FL 32549

CREDIT COLLECTION SERVICES
ATTN: OFFICER MANAGER OR AGENT
PO BOX 9134
NEEDHAM HEIGHTS MA 02494-9134

DIRECTV
ATTN: OFFICER MANAGER OR AGENT
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DJO LLC
ATTN: OFFICER MANAGER OR AGENT
PO BOX 515471
LOS ANGELES CA 90051-6771

DJO LLC
ATTN: OFFICER MANAGER OR AGENT
PO BOX 660117
DALLAS TX 75266

ECMC
ATTN: OFFICER MANAGER OR AGENT
PO BOX 16408
SAINT PAUL MN 55116-0408

ERICA HORTON
858 PEBBLE BROOK DRIVE
ASHLAND CITY TN 37015

FINGERHUT/WEBBANK
ATTN: OFFICER
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303

FIRST PREMIER BANK
ATTN: OFFICER
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

FMAC
ATTN: OFFICER MANAGER OR AGENT
55 MOORELAND DRIVE
SPRINGFIELD TN 37172

FOX COLLECTION CENTER
ATTN: OFFICER MANAGER OR AGENT
PO BOX 528
GOODLETTSVILLE TN 37070-0528

INDEPENDENT PHYSICAL THERAPY
ATTN: OFFICER MANAGER OR AGENT
P.O. BOX 1289
PEORIA IL 61654

INLAND BANK
% SUSAN FAULKNER
736 CURREY ROAD
NASHVILLE TN 37217

INSOLVE AUTO FUNDING, LLC
ATTN: OFFICER MANAGER OR AGENT
DEPT 3403 P.O. BOX 123403
DALLAS TX 75312

J. PHILLIP JONES, ESQ.
SUITE C-205, NASHVILLE HOUSE
ONE VANTAGE WAY
NASHVILLE TN 37228

LABCORP
% LCA COLLECTIONS
PO BOX 2240
BURLINGTON NC 27216-2240

MAXLEND
ATTN: OFFICER MANAGER OR AGENT
PO BOX 639
PARSHALL ND 58770

MIDLAND CREDIT MANAGEMENT INC
ATTN: OFFICER MANAGER OR AGENT
2365 NORTHSIDE DRIVE STE 300
SAN DIEGO CA 92108

MIDLAND FUNDING LLC
ATTN: OFFICER MANAGER OR AGENT
8875 AERO DRIVE #200
SAN DIEGO CA 92123

MIDLAND FUNDING LLC
ATTN OFFICER MANAGER OR AGENT
PO BOX 2011
WARREN MI 48090

MRS ASSOCIATES INC
ATTN: OFFICER MANAGER OR AGENT
1930 OLNEY AVE
CHERRY HILL NJ 08003

MSCB INC
ATTN: OFFICER MANAGER OR AGENT
PO BOX 1567
PARIS TN 38242-1567

NATIONAL CREDIT ADJUSTERS
ATTN: OFFICER MANAGER OR AGENT
PO BOX 3023
HUTCHINSON KS 67504-3023

NATIONAL SERVICE BUREAU
ATTN OFFICER MANAGER OR AGENT
18912 NORTH CREEK PKWY, STE 205
BOTHELL WA 98011

NATIONWIDE RECOVERY SERVICE
ATTN: OFFICER MANAGER OR AGENT
545 W INMAN STREET
CLEVELAND TN 37311

NAVIENT
ATTN: OFFICER MANAGER OR AGENT
PO BOX 9500
WILKES BARRE PA 18773

NEUROSURGICAL ASSOCIATES
ATTN: OFFICER MANAGER OR AGENT
PO BOX 210127
NASHVILLE TN 37221-0127

NORTHCREST MEDICAL CENTER
ATTN: OFFICER MANAGER OR AGENT
100 NORTHCREST DR
SPRINGFIELD TN 37172-2984

NORTHCREST MEDICAL CENTER
ATTN: OFFICER MANAGER OR AGENT
PO BOX 305172 DEPT 97
NASHVILLE TN 37230

NORTHCREST MEDICAL CENTER
ATTN: OFFICER MANAGER OR AGENT
P.O. BOX 305172 DEPT 97
NASHVILLE TN 37230

NORTHCREST PHYSICIAN SERVICES
ATTN: OFFICER MANAGER OR AGENT
PO BOX 969
SPRINGFIELD TN 37172-0969

NOVASOM
ATTN: OFFICER MANAGER OR AGENT
PO BOX 101928 DEPT 2491
BIRMINGHAM AL 35210

OPTIMA RECOVERY SERVICES
ATTN: OFFICER MANAGER OR AGENT
PO BOX 52968
KNOXVILLE TN 37950-2968

PIONEER/MAC INC
ATTN: OFFICER MANAGER OR AGENT
4000 SOUTH EASTERN STE 300
LAS VEGAS NV 89119

PLAIN GREEN LOANS/ACCOUNT SVCS
ATTN: OFFICER MANAGER OR AGENT
PO BOX 270
BOX ELDER MT 59521

PLAZA SERVICES
ATTN: OFFICER MANAGER OR AGENT
110 HAMMOND DRIVE STE 110
ATLANTA GA 30328

PRA RECEIVABLES MANAGEMENT LLC
ATTN: OFFICER MANAGER OR AGENT
PO BOX 41021
NORFOLK VA 23541

QUANTUM SERVICING CORP
ATTN: OFFICER, MANAGER OR AGENT
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP
ATTN: OFFICER MANAGER OR AGENT
PO BOX 788
KIRKLAND WA 98083

QUEST DIAGNOSTICS
ATTN: OFFICER MANAGER OR AGENT
PO BOX 740777
CINCINNATI OH 45274-0777

RAMESH CHADALAVADA MD
ATTN: OFFICER MANAGER OR AGENT
221 NORTHCREST DRIVE
SPRINGFIELD TN 37172

RESURGENT CAPITAL SERVICES
ATTN OFFICER MANAGER OR AGENT
PO BOX 10587
GREENVILLE SC 29603

REVIVER FINANCIAL, LLC
ATTN: OFFICER MANAGER OR AGENT
PO BOX 3023
HUTCHINSON KS 67504

ROBERT HEDGES
ATTN: OFFICER MANAGER OR AGENT
P.O. BOX 335
RUSSELLVILLE KY 42276

ROBERTSON CO GENERAL SESS CT
ATTN: OFFICER MANAGER OR AGENT
529 S BROWN ST
SPRINGFIELD TN 37172

SANTANDER CONSUMER BANKRUPTCY DEPT
ATTN: OFFICER MANAGER OR AGENT
PO BOX 560284
DALLAS TX 75356-0284

SOUTHERN RADIOLOGY ASSOCIATES
ATTN: OFFICER MANAGER OR AGENT
PO BOX 1376
COLUMBIA TN 38402-1376

SPEEDY CASH
ATTN: OFFICER MANAGER OR AGENT
8400 E 32ND ST N
WICHITA KS 67226

SUNTRUST BANK
ATTN: OFFICER
PO BOX 85526
RICHMOND VA 23285

SURGICAL ALLIANCE MIDDLE TN
ATTN: OFFICER MANAGER OR AGENT
PO BOX 440353
NASHVILLE TN 37244-0353

TENNESSEE ORTHOPAEDIC ALLIANCE
PO BOX 105132
ATLANTA GA 30348-5132

TENNESSEE QUICK CASH
ATTN: OFFICER MANAGER OR AGENT
904 MEMORIAL BLVD
SPRINGFIELD TN 37172

TENNESSEE STUDENT ASSISTANCE CORP
C/O TN ATTY GENERAL, BK UNIT
P O BOX 20207
NASHVILLE TN 37202-0207

TN ATTY GENERALS OFFICE BK UNIT
ATTN: OFFICER MANAGER OR AGENT
PO BOX 20207
NASHVILLE TN 37202

TN QUICK CASH
ATTN: OFFICER MANAGER OR AGENT
6326 CHARLOTTE PIKE
NASHVILLE TN 37209

TRANSWORLD SYSTEMS INC
ATTN: OFFICER MANAGER OR AGENT
507 PRUDENTIAL ROAD
HORSHAM PA 19044

```
US ATTORNEY
110 9TH AVE S #A961
NASHVILLE TN 37203

US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE
WASHINGTON DC 20530

US BANK
ATTN: OFFICER
4801 FREDERICA STREET
OWENSBORO KY 42301

US BANK HOME MORTGAGE
ATTN: OFFICER
PO BOX 21948
EAGAN MN 55121

USA FUNDS
ATTN: OFFICER MANAGER OR AGENT
PO BOX 9460
WILKES BARRE PA 18773

USA FUNDS
ATTN: OFFICER MANAGER OR AGENT
P.O. BOX 9430
WILKES BARRE PA 18773-9430

VERIZON WIRELESS
ATTN: OFFICER MANAGER OR AGENT
PO BOX 105378
ATLANTA GA 30348

VOLUNTEER STATE BANK
ATTN: OFFICER
101 HWY 52 W
PORTLAND TN 37148
```