B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Tennessee

In re  Leonard C. and Jessica A. Smith         ,                 Case No.  18-02274 CW3

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| THDA d/b/a Volunteer Mortgage Loan Svg | US Bank Home Mortgage for THDA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o TN Atty General's Office, Bankruptcy
  PO Box 20207, Nashville, TN 37202-0207

Court Claim # (if known):  16
Amount of Claim:  $194,030.84
Date Claim Filed:  06/08/2018

Phone:  (615)532-8930
Last Four Digits of Acct #:  352

Phone:  _____
Last Four Digits of Acct. #:  726

Name and Address where transferee payments should be sent (if different from above):
  404 James Robertson Pkwy, Suite 1450
  Nashville, TN 37219

Phone:  (844) 865-7378
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ William McCormick                    Date: 07/24/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.